United States Bankruptcy Court
Middle District of Tennessee

In re:                                                                          Case No. 20-02253-RSM

Cynethia Dione Horner                                     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-3                                User: admin                               Page 1 of 1
Date Rcvd: Dec 27, 2023                       Form ID: ord522                       Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2023:**

**Recip ID            Recipient Name and Address**
db                +   Cynethia Dione Horner, P.O. Box 31, Dickson, TN 37056-0031

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2023                            Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2023 at the address(es) listed below:**

**Name                         Email Address**

HENRY EDWARD HILDEBRAND, III
                      hhecf@ch13nsh.com

MARY ELIZABETH AUSBROOKS
                      on behalf of Debtor Cynethia Dione Horner marybeth@rothschildbklaw.com
                      rothschildbklawnotice@gmail.com;bethmr72429@notify.bestcase.com

PRA Receivables Management, LLC
                      claims@recoverycorp.com

US TRUSTEE
                      ustpregion08.na.ecf@usdoj.gov

TOTAL: 4

# United States Bankruptcy Court

MIDDLE DISTRICT OF TENNESSEE
Case No. **3:20−bk−02253**
**Chapter 13**

In re:

Cynethia Dione Horner
P.O. Box 31
Dickson, TN 37056

**§ 522(q)(1) ORDER**

   Debtor moved the Court for an Order finding that there is no reasonable cause to believe that the exemption limitations of § 522(q)(1) are applicable, and there were no objections.

   The Court therefore finds that Debtor is not exempting any amount of interest in property described in § 522(q) and there are no proceedings pending in which the debtor may be found guilty of a felony of the kind described in § 522(q)(1)(A) or liable for a debt of the kind described in § 522(q)(1)(B).

   It is so **ORDERED**

Dated : 12/27/23                                    /s/ Randal S Mashburn
                                                              UNITED STATES BANKRUPTCY JUDGE